IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 13-00332-01-CR-W-DGK |
| BILLY G. KELLER, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On April 1, 2014, defendant was ordered to be committed to the custody of the United States Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). Defendant has returned from the Federal Medical Center, and the court has received a report from Alton Williams, M.D., J.D., in which he has determined that defendant is competent to proceed.

On November 20, 2014, I held a competency hearing. Defendant was present, represented by Assistant Federal Public Defender Anita Burns. The government was represented by Assistant United States Attorney Christina Tabor. The parties stipulated to the contents and findings of Dr. Williams (Tr. at 2).

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that the defendant is competent to stand trial and to assist in his defense. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding

defendant competent to stand trial and to assist in his defense.

Counsel waived the 14-day objection period set forth in 28 U.S.C. § 636(b)(1) (Tr. at 3). Any objections to this Report and Recommendation shall be filed by November 24, 2014.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
November 21, 2014

2