IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 13-00332-01-CR-W-DGK |
| BILLY G. KELLER, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION

On April 1, 2014, defendant was ordered to be committed to the custody of the United States Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). Defendant has returned from the Federal Medical Center, and the court has received a report from Alton Williams, M.D., J.D., in which he has determined that defendant is competent to proceed. A competency hearing was held before United States Magistrate Judge Robert E. Larsen on November 20, 2014, in which the parties stipulated to the contents and findings of Dr. Williams.

On November 21, 2014, Judge Larsen entered a "Report and Recommendation," recommending that Defendant be declared competent to stand trial. No objections were filed by the parties. Therefore, after making an independent, de novo review of the record and applicable law, it is

ORDERED that the "Report and Recommendation" of Magistrate Judge Larsen is adopted in its entirety. This Court finds that Defendant is competent to understand the nature and consequences of the proceedings against him, to assist properly in his defense, and to stand trial.

        /s/ Greg Kays
        GREG KAYS, CHIEF JUDGE
        UNITED STATES DISTRICT COURT

Date: December 3, 2014